# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**
-vs-

**Case No. 6:03-cr-45-Orl-31KRS**

**JEREMIAH ATWELL**
_____

## ORDER ON SUPERVISED RELEASE

This matter came before the Court on May 22, 2007 for consideration of a Report and Recommendation rendered by Magistrate Judge Karla R. Spaulding (Doc. No. 243), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on April 13, 2007. The Defendant was represented at the hearing by Clarence W. Counts, Jr., Federal Public Defender.

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that Defendant's supervised release is hereby revoked and the defendant is continued on his previous term of supervised release with the following added conditions:

1. The defendant shall participate in the Home Detention program for a period of **90 Days**. During this time, the defendant will remain at the defendant's place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which will include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on the defendant's ability to pay.

2. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

3. The defendant shall perform **100 hours** of community service.

**DATED AND ORDERED** on May 23, 2007 in Orlando, Florida.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal
Defendant