UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2007 DEC 19  PM 4: 12
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

Case No. 6:03-cr-45-Orl-31KRS

JEREMIAH ATWELL

## JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court on December 19, 2007 for consideration of a Report and Recommendation rendered by Magistrate Judge Karla R. Spaulding (Doc. No. 266), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on August 8, 2007. The Defendant was represented at the hearing by Clarence Counts, 201 South Orange Avenue, Suite 300, Orlando, Florida 32801.

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that Defendant is restored to his supervised release and the period of supervision is extended by 6 Months. The defendant is ordered to comply with the conditions previously imposed which included a period of home detention, 100 hours of community service, drug treatment and all other conditions that have not been fulfilled.

DONE and ORDERED in Orlando, Florida, this 19 day of December, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
Defendant
Public Defender's Office
U.S. Attorney's Office
U.S. Marshal
U.S. Probation Office